**Order entered October 28, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00989-CV**

**1 COVENTRY COURT, LLC, Appellant**

**V.**

**THE DOWNS OF HILLCREST RESIDENTIAL ASSOCIATION, INC.,**
**Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-01541**

**ORDER**

The reporter's record in this appeal has not been filed because appellant has not requested it. On October 6, 2022, we directed appellant to file, within ten days, written verification it had requested the record and cautioned that failure to do so could result in the appeal being submitted without the record. *See* TEX. R. APP. P. 37.3(c). To date, appellant has not complied. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file its brief no later than November 28, 2022.

/s/    BILL PEDERSEN, III
       JUSTICE